Fourth Court of Appeals
 San Antonio, Texas
 
 JUDGMENT
 
 No. 04-22-00401-CR
 
 David HINOJOSA,
 Appellant
 
 v.
 
 The STATE of Texas,
 Appellee
 
 From the 290th Judicial District Court, Bexar County, Texas
 Trial Court No. 2018CR0444
 Honorable Jennifer Peña, Judge Presiding

 BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ
 
 In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

 SIGNED January 10, 2024.

 _____________________________
 Patricia O. Alvarez, Justice